UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NICKWARD TRADING S.A.,

       Plaintiff,      07 Civ. _____

- against -           ECF CASE

E&I EUROPEAN IMPORT/EXPORT LTD. U.K. a/k/a
E&I EUROPEAN IMPORT/EXPORT LTD. and
E&I TRADING EUROPEAN IMPORT/EXPORT
LIMITED a/k/a E&I TRADING,

       Defendants.
------------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: December 17, 2007
   New York, NY

           The Plaintiff,
           NICKWARD TRADING S.A.

         By: _____
           Kevin J. Lennon
           Nancy R. Peterson
           LENNON, MURPHY & LENNON, LLC
           The Gray Bar Building
           420 Lexington Ave., Suite 300
           New York, NY 10170
           (212) 490-6050
           facsimile (212) 490-6070
           kjl@lenmur.com
           nrp@lenmur.com