CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NICKWARD TRADING S.A.,                          :
                                                :
                                                :
                        Plaintiff,              :    **07-CV-11330**
                                                :
            v.                                  :    **NOTICE OF**
                                                :    **APPEARANCE**
E&I EUROPEAN IMPORT/EXPORT LTD. U.K.            :
a/k/a E&I EUROPEAN IMPORT/EXPORT LTD.           :
and E&I TRADING EUROPEAN IMPORT/                :
EXPORT LIMITED a/k/a E&I TRADING,               :
                                                :
                        Defendants.             :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       January 10, 2008

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

            By: _____
                                      Richard J. Reisert (RR-7118)
                                      7800 River Road
                                      North Bergen, NJ  07047
                                      Tel: (201) 537-1200
                                      Fax: (201) 537-1201
                                      Email:  reisert@navlaw.com