```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NICKWARD TRADING S.A.,              :
                                    :    07 Civ. 11330(VM)
              Plaintiff,            :
                                    :
    -against-                       :    ORDER
                                    :
E&I EUROPEAN IMPORT/EXPORT LTD.     :
UK et al.,                          :
                                    :
              Defendants.           :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

[Stamp: USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 4-16-08]

By Order dated December 19, 2007, the Court granted the application of plaintiff Nickward Trading S.A. authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since January 10, 2008. At that time an answer was filed by garnishee Societe Generale. No answer has been filed by defendants. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by April 21, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         16 April 2008

_____
VICTOR MARRERO
U.S.D.J.