# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel – *nrs@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

April 17, 2008

<u>*By facsimile (212) 805-6382*</u>
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

Re: <u>Nickward Trading S.A. v. E&I European Import/Export Ltd.</u>
Docket #: 07 Civ. 11330 (VM)
Our Ref: 1314

Dear Judge Marrero:

As set forth in your Honor's Order dated April 16, 2008, we write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On December 19, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained in the district.

We are currently examining whether Defendant has been trading through any alter-egos and/or shell companies in order to avoid the attachment. If so, we intend to amend the Complaint to add these entities to the action (and the Order of Attachment).

As Defendant has not appeared and no property has been attached, we respectfully request that we be allowed to serve the Process of Maritime Attachment for another ninety (90) days in the hopes of securing Plaintiff's claim and obtaining jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court

Respectfully submitted,

Nancy R. Peterson (Siegel)

Request GRANTED. The time during which the Writ of Attachment herein may be served is extended for 90 days from the date of this Order. Plaintiff is directed to provide a status report on this matter within 90 days.

SO ORDERED:

4-17-08
DATE

VICTOR MARRERO, U.S.D.J.