```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NICKWARD TRADING S.A.,

            Plaintiff,

- against -

E&I EUROPEAN IMPORT/EXPORT LTD. U.K. et al,

           Defendants.
------------------------------------------------------X

07 Civ. 11330 (VM)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: April 30, 2008
      New York, New York

                         The Plaintiff,
                         NICKWARD TRADING S.A.

                         By: _____
                         Kevin J. Lennon
                         LENNON, MURPHY & LENNON, LLC
                         The GrayBar Building
                         420 Lexington Ave., Suite 300
                         New York, NY 10170
                         (212) 490-6050
                         (212) 490-6070 fax
                         kjl@lenmur.com

```
SO ORDERED. The Clerk of Court is directed to withdraw
any pending motions in this action and to close this case.

SO ORDERED.

4-30-08                            _____
Date                               Victor Marrero, U.S.D.J.
```